CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 19 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTWOINE JONES, | ) | |
| Petitioner, | ) | Civil Action No. 7:09-cv-00185 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN KELLY, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that respondent's motion to dismiss (Docket No. 16) is **GRANTED** and the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**. Jones' motion for discovery (Docket No. 25) is **DENIED** and respondent's motion to stay (Docket No. 23) is **DENIED**. This action is **STRICKEN** from the active docket of the court.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel for respondent.

**ENTER:** This 19th day of March 2010.

United States District Judge